IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIE SCOTT and SHIRLEEN SCOTT, <br><br> Plaintiffs, <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC and DEUTSCHE BANK NATIONAL TRUST COMPANY, as TRUSTEE FOR GSAMP TRUST 2004-NC2, POOLING AND SERVICING AGREEMENT DATED OCTOBER 1, 2003 <br><br> Defendants. | § § § § § § § § § § § § § § § § § § | Civil Action No. 3:12-cv-3808-O |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case (ECF No. 10)  No objections were filed.  The District Court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiffs' complaint should be dismissed for want of prosecution under Federal Rule of Civil Procedure 41(b).

**SO ORDERED** on this **10th day** of **January, 2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE